**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**VS.**                                             No.  4:91CR00050-1

**JAMES WESLEY SIMMONS**                                         **DEFENDANT**

<u>**ORDER**</u>

Pending is the government's motion to unseal a pleading.  (Docket # 5).  For good cause

shown, the motion is GRANTED.  The Clerk of the Court is directed to unseal the motion

appearing at docket entry # 4 and file it in the public record.

IT IS SO ORDERED this 17th day of April, 2006.

_____
James M. Moody
United States District Judge